UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

———————————————————————————

JIMMY L. ELLIS,

        Plaintiff,

v.                               Case No. 02-CV-428

RONALD MALONE and
JANE DOES,

        Defendants.

———————————————————————————

## ORDER

      This case was originally filed on April 26, 2002. Judgment was entered against plaintiff on May 28, 2003. On November 16, 2009, over six years later, plaintiff filed a Motion for Leave to Amend (Docket #31) seeking amendment of the judgment. The timing for a motion to alter or amend a judgment is governed by Fed. R. Civ. P. 59(e), which allowed ten days from the date of judgment for the filing of such a motion under the pre-December 1, 2009 rule, and allows twenty-eight days from the date of judgment for the filing of such a motion under the present rule. Either way, plaintiff's motion was filed well beyond the applicable deadline, and must, therefore, be denied.

      Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Leave to Amend (Docket #31) be and the same is hereby **DENIED.**

Dated at Milwaukee, Wisconsin, this 7th day of December, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge